PER CURIAM.

An examination of the record in this case discloses that while the trial judge charged the jury as to the elements of the crime of conspiracy he did not instruct them as to the elements of the substantive offence involved in the conspiracy. Consequently the judgment of conviction is reversed on the authority of United States v. Levy, 3 Cir., 153 F.2d 995, United States v. Noble, 3 Cir., 155 F.2d 315, and United States v. Max, 3 Cir., 156 F.2d 13.

## UNITED STATES v. YASBIN.

No. 9131.

Circuit Court of Appeals, Third Circuit.

Argued Jan. 20, 1947.

Decided Feb. 12, 1947.

George R. Sommer, of Newark, N. J., for appellant.

Charles A. Stanziale, Asst. U. S. Atty., of Newark, N. J. (Edgar H. Rossbach, U. S. Atty., of Newark, N. J., on the brief), for appellee.

Before BIGGS and KALODNER, Circuit Judges, and McGRANERY, District Judge.